

FILED

JUN - 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 2:13-mj-0145 CKD |
| --- | --- | --- |
|  | ) | Mag. No. 2:13-mj-0168 AC |
| Plaintiff, | ) | AMENDED STIPULATION AND |
|  | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND |
|  | ) | EXCLUDING TIME |
| ISRAEL WASHINGTON, ANTHONY SANCHEZ, and MYRON MEADOWS, | ) |  |
| Defendants. | ) |  |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Israel WASHINGTON, by and through his counsel Danny Brace, Esq., defendant Anthony SANCHEZ, by and through his counsel Ronald Peters, Esq., and defendant Myron MEADOWS, by and through his counsel Dan Koukol, Esq., that good cause exists to extend the preliminary hearing currently set for June 5, 2013, at 2:00 p.m. in the related cases of Mag. No. 2:13-mj-0145 CKD and Mag. No. 2:13-mj-0168 AC, to June 12, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).  Defendant Tyrone WEATHERSBY, charged in

Mag. No. 2:13-mj-0168 AC, is currently a fugitive.

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because government counsel will be producing discovery on or about June 4, 2013, to counsel for each defendant and each counsel stipulates they need time to review the discovery materials and determine whether a pre-indictment resolution of the case against each defendant may be possible. The discovery includes recordings of audio calls, photographs of controlled purchases, search warrants at four different locations, DEA Western Regional Lab test results, and extensive surveillance reports.

As a result, each of the defendants agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant or, at a minimum, provide each defendant's counsel appropriate time to understand the nature and scope of the evidence in this case in order to prepare an effective defense.

Counsel further stipulate that an exclusion of time from June 5, 2013, to June 12, 2013, is appropriate under the Speedy Trial Act because of need to continue reviewing the pre-indictment discovery and each defense counsel represents that each need substantial additional time to review the discovery. As a result, counsel for each defendant and the government stipulate that the ends of justice are served by the Court excluding such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective

1 | preparation, taking into account the exercise of due diligence under
2 | 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, time should be excluded
3 | from computation under the Speedy Trial under 18 U.S.C.
4 | § 3161(h)(7)(A) (Local Code T4).

DATED: June 3, 2013                /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED: June 3, 2013                /s/Jason Hitt
                                   DANNY BRACE, ESQ.
                                   Counsel for defendant
                                   ISRAEL WASHINGTON
                                   Authorized to sign for
                                   Mr. Brace on 05-31-13

DATED: June 3, 2013                /s/Jason Hitt
                                   RON PETERS, ESQ.
                                   Counsel for defendant
                                   ANTHONY SANCHEZ
                                   Authorized to sign for
                                   Mr. Peters on 06-03-13

DATED: June 3, 2013                /s/Jason Hitt
                                   DAN KOUKOL, ESQ.
                                   Counsel for defendant
                                   MYRON MEADOWS
                                   Authorized to sign for
                                   Mr. Koukol on 06-03-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for defendants Israel WASHINGTON, Anthony SANCHEZ, and Myron MEADOWS, on June 5, 2013 to June 12, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A)(Local Code T4).

**IT IS SO ORDERED.**

DATED: 6/4/13

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE