**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ANTHONY JOAQUIN SANCHEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          **Plaintiff,**<br><br>vs.<br><br>**ANTHONY JOAQUIN SANCHEZ,**<br>          **Defendant** | **Case No.: 13-cr-0206 MCE**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jason Hitt, Assistant United States Attorney, and defendant Anthony Joaquin Sanchez, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for November 12, 2015 at 9:00 am should be continued to December 3, 2015 at 9:00 a.m.

    Defendant's attorney requires additional time to consult with the defendant regarding sentencing recommendations and the Memorandum in Aide of Sentencing that has been submitted to the court.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision November 12, 2015 to and including December 3, 2015.

**Respectfully Submitted,**
**BENJAMIN B. WAGNER**
**United States Attorney**

DATE: October 29, 2015         */s/ Jason Hitt* _____
                               JASON HITT
                               **Assistant U.S. Attorney**

DATE: October 29, 2015         /s/Ron Peters_____
                               RON PETERS
                               Attorney for Defendant
                               **Anthony Joaquin Sanchez**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, November 12, 2015, to and including December 3, 2015.

IT IS SO ORDERED.

DATED:  October 29, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT